UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE GERALD RIDER, JR.,

    Plaintiff,                                    Case No. 14-cv-11470
                                                  Hon. Matthew F. Leitman

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.
_____/

**<u>ORDER (1) DENYING DEFENDANT ALLSTATE INDEMNITY
COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF #15)  AND
(2) REQUIRING PARTIES TO ATTEND SETTLEMENT CONFERENCE</u>**

Defendant Allstate Indemnity Company ("Allstate") filed a Motion for Summary Judgment on May 5, 2015 (the "Motion for Summary Judgment"). (*See* ECF #15.)  The Court held a hearing on the Motion for Summary Judgment on August 26, 2015.  For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (ECF #15) is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to Magistrate Judge Michael J. Hluchaniuk for the purpose of holding a settlement conference at a date and time to be set by the Magistrate Judge.  In addition to counsel, both Plaintiff and a representative for Allstate with **<u>FULL</u>** settlement authority shall personally attend the settlement conference.  Until further order of

1

the Court, all currently-scheduled dates, including the previously-scheduled dates for the Final Pre-Trial Conference and Trial are **ADJOURNED**. The Court will revisit the need to reschedule these dates, if necessary, following the settlement conference.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2015

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(313) 234-5113